**NOT FOR CITATION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEEN, LLC,

        Plaintiff,     No. C 05-3796

**ORDER SETTING HEARING DATE AND DATE FOR RESPONSE**

   v.

MARTIN KEEN, an individual, and
THE TIMBERLAND COMPANY dba
MION FOOTWEAR, a Delaware Corp.,

        Defendant
_____/

    This court will hear plaintiff's motion for a temporary restraining order at 9 a.m. on Wednesday, September 28, 2005. **A courtesy set** of all removal papers, and an additional **courtesy set of all of plaintiff's motion papers,** shall be delivered to Judge Hamilton's chambers no later than **noon** on Monday, September 26, 2005. Defendant's response should be filed and served no later than **noon** on Tuesday, September 27, 2005, and **2 courtesy copies** of defendant's response shall be delivered no later than **noon** on Tuesday, September 27, 2005.

    **IT IS SO ORDERED.**

Dated: September 26, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge