UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEEN, LLC

    Plaintiff,

    v.

MARTIN KEEN; and THE TIMBERLAND COMPANY dba MION FOOTWEAR,

    Defendants.
_____/

No. C 05-3796 PJH

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court is in receipt of the parties' stipulated extension of time granting defendants until February 10, 2006, in which to file a responsive pleading. In view of this stipulation, the Case Management Conference currently set for January 26, 2006, is hereby continued. A Case Management Conference shall now be held on March 16, 2006 at 2:30 p.m., in Courtroom 3, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

The parties shall appear in person or through lead counsel and shall be prepared to discuss all items referred to in Fed. R. Civ. P. 16(c) and Civil L. R. 16-10. The parties shall file a joint case management statement no later than ten (10) days before the date of the conference. If any party is proceeding without counsel, separate statements may be filed by each party.

**SO ORDERED.**

Dated: December 15, 2005

_____
PHYLLIS J. HAMILTON
United States District Judge