| | |
|---|---|
| 1 | COOLEY GODWARD LLP |
| | JANET L. CULLUM (104336) |
| 2 | GRETCHEN R. STROUD (142305) |
| | JEFFREY T. NORBERG (215087) |
| 3 | Five Palo Alto Square |
| | 3000 El Camino Real |
| 4 | Palo Alto, CA  94306-2155 |
| | Telephone:     (650) 843-5000 |
| 5 | Facsimile:      (650) 857-0663 |
| 6 | Attorneys for Plaintiff |
| | KEEN LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEEN LLC, | Case No.  C05-03796 PJH |
| Plaintiff, | **STIPULATED EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT AND REQUESTING RESCHEDULING OF THE CASE MANAGEMENT CONFERENCE**  ; ORDER |
| v. | |
| MARTIN KEEN, an individual; and THE TIMBERLAND COMPANY d/b/a MION FOOTWEAR, a Delaware Corporation, | |
| Defendants. | |

Plaintiff KEEN LLC and defendants MARTIN KEEN and THE TIMBERLAND COMPANY dba MION FOOTWEAR ("defendants") hereby stipulate to extend the time for defendants to respond to the Complaint.  The parties hereby stipulate and agree that defendants' responsive pleading, which was due on February 20, 2006, pursuant to a previous stipulation, shall now be due on March 22, 2006.

The stipulation is not entered into for purposes of delay.  Principals of the parties have been meeting to discuss an amicable resolution and drafts of settlement agreements have been circulated among counsel.  The stipulated extension is for the purpose of allowing additional time to attempt to reach a final settlement.

///

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

720961 v1/PA

1.

STIP. EXT. TIME TO RESPOND TO COMPLAINT
AND REQ. FOR RESCHEDULING OF CMC
CASE NO. C05-03796 PJH

1  An Order Continuing Case Management Conference was entered by the Court on
2  December 15, 2005, continuing the Case Management Conference to March 16, 2006. The
3  parties respectfully request rescheduling of the Case Management Conference in view of the
4  stipulated extension of time to respond to the Complaint and the parties' efforts to settle the
5  dispute. The parties respectfully request that the Case Management Conference be rescheduled to
6  April 20, 2006 or as soon thereafter as the Court can accommodate the parties.
7  **IT IS SO STIPULATED AND AGREED.**

COOLEY GODWARD LLP

Dated: February 17, 2006

_____
Janet L. Cullum (104336)
Attorneys for Plaintiff
KEEN LLC

DILLINGHAM & MURPHY, LLP

Dated: February 17, 2006

_____
William F. Murphy
Attorneys for Defendant
MARTIN KEEN

KRIEG, KELLER, SLOAN,
REILLEY & ROMAN LLP

LERNER, DAVID, LITTENBERG,
KRUMHOLZ & MENTLIK, LLP

Dated: February 17, 2006

_____
Bruce H. Sales
Attorneys for Defendant
THE TIMBERLAND COMPANY dba
MION FOOTWEAR

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. EXT. TIME TO RESPOND TO COMPLAINT
AND REQ. FOR RESCHEDULING OF CMC
CASE NO. C05-03796 PJH

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

720961 v1/PA