COOLEY GODWARD LLP
JANET L. CULLUM (104336) jcullum@cooley.com
GRETCHEN R. STROUD (142305) gstroud@cooley.com
JEFFREY T. NORBERG (215087) jnorberg@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Plaintiff
KEEN, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KEEN, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN KEEN, an individual; and THE TIMBERLAND COMPANY d/b/a MION FOOTWEAR, a Delaware Corporation,<br><br>Defendants. | Case No.  05-03796 PJH<br><br>Action Filed: September 16, 2005<br><br>**NOTICE OF VOLUNTARY DISMISSAL AND ORDER** |

NOTICE IS HEREBY GIVEN that Pursuant to Fed. R. Civ. Pro. 41(a) and the Confidential Settlement Agreements with each Defendant, Plaintiff Keen, LLC hereby dismisses the above captioned action with prejudice.

Dated: April 18, 2006

COOLEY GODWARD LLP

_____
Janet L. Cullum (104336)
Attorneys for Plaintiff KEEN, LLC

IT IS SO ORDERED
Judge Phyllis J. Hamilton